UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Charles W. Jones,          Case No. 17-80266-CIV-DIMITROULES
    Plaintiff,
    V.S.,                  Judge: P.A. WHITE
RIC Bradshaw, et al,
    Defendant's

FILED by ___ D.C.

SEP 2 2 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA.- W.P.B.

PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

I. Defendant's claim that Plaintiff fails to allege a substantial risk of serious harm but Plaintiff stated he was hit in his right eye and was refused medical attention. Plaintiff also had several severe rashes and Boils on his skin while he was forced to live in the filthy conditions in south 3d he also had several severe cold's while their. Which he had no rashes, boils or sever cold's once he was in General Population and under "Section 1915(e)(2)(B)(ii) a pro-se plaintiff should be permitted to amend his complaint "Section 1915(e)(2)(B)(ii)" does not allow the District court to dismiss a informa pauper's complaint without allowing leave to amend when required by Fed. R. Civ. P. 15.
So Plaintiff should be allowed to amend his complaint and state all the health problem he had and other's while in south 3d as a result of the filthy conditions and the mold present while in south 3d. Along with stating how he was denied toilet paper, soap to wash his hand's and was forced to eat with his filthy hand's while on suicide watch.

This court allready stated that the living condition's in south 3d "Shock the consience or offend the evolving notion's of decency" and that Plaintiff has stated a claim of requisite unconstitutional custom or policy necessary

(1)

To hold West Palm Beach County liable under § 1983.
See Harris 489 U.S. at 385.

Plaintiff should also be able to amend his complaint
to state how he was estopped in the grievance process
by defendant's refusal to respond to appeals
see back of Exhibit A and B, and there refusal's
to respond to grievances at all see Ex's C and D.
and to state how he was threaten to stop filling
grievance's and was told if he continue to do
so he would be put in General Population which
he was eventually Put in General Population even
owe he was still very depressed and hearing
voices. " Defendant's may also be estopped from
raising non-exhaustion as an affirmative defense
when prison official's inhibit an inmate's ability to
utilize grievance procedure Ziemba V. Wezner
366 F.3d 161, Civil Rights of Institutionalized Person's
Act § 7(a) 42 U.S.C.A § 1997 et(a).

The defendant's claim that Plaintiff's condition
of confinement is similar to condition that have
been rejected as a basis for an Eighth Amendment
claim on the basis of Woodson V. Whitehead
673 Fed App's 931 But conditions where different
they were not in extreme cold conditions or
were they forced to strip naked in front of the other
sex, see Lee V. Down's 641 F.2d 1117. When not
reasonably necessary involuntary exposure of person's
gentals in presence of people of the other sex is
not to be visited opon those confined in prison.
also in Down's male prisoner's are also entitled
to judicial protection of their right to privacy denied
by the presence of female guard's stationed in
position's to observe the men while undressed or using
toilet's and in McCray V. Burrell 516 F.2d 357 (1975)
When state prisoner was placed in a mental obervation
cell in the prison naked with out blanket or mattress
and with nowhere to sit, lie, or lean against bare

concrete and was denied all personal hygine the condition's of confinement constituted a per-se violation of the Eighth Amendment proscreption against cruel and unusual punishment.

In Wright V. McMann 387 F.2d 519 (1967) prisoner was exposed to bitter cold, that he was deprived of basic element's of hygine such as soap and toilet paper and the cell was filthy without adequate heat would, if established, constitute cruel and unusual punishment in violation of Eighth Amendment.

In Chandler V. Baird 926 F.2d 1057 (1991) Evidence in county inmate's suit against prison authoritys alleging conditions of confinement violated Eighth Amendment proscription of cruel and unusual punishment raised genuine issue's of material fact wheater conditions of confinement principally with regard to cell tempatures and provision of hygine item's, violated minimal standards required, precluding summary Judgment. U.S.C.A. Consti. Amend. 8. And Defendant's do not dispute none of the above see EX A.

Also the Defendant's Discriminated against the mentally ill by not allowing them to recieve clean cloths, clean lines, to clean there rooms and making them live in filth Plaintiff seen several inmates get staff infection and even have sore's on them caused by the filthy condition's in south 3d and he should be able to amend his complaint to state these fact's witch the Defendant don't deny they this say it rautine discomfort. Is it not against the constitution to Discrimanate against the mentally ill.

The Defendant's compare Plaintiff complaint to Brook's V. Warden 800 F.3d 1295 but Brook only had to be in his soiled Jump suit for

72 hour's, Plaintiff had to live in Filth for over 350 Day's

II Has mentioned above plaintiff should be allowed to Amend his complaint to state the injury he hed (ie) Rashes, Boils on his skin and Severe cold's while in south 3d along with other inmates who got Staff infections. Plaintiff did state that he was hit in his eye and denied medical attention. And in (Hudson V. McMillian 503 U.S, Z (1992) The Supreme Court held that use of excessive Force against prisoner may constitute cruel and unusual punishment even owe prisoner does not suffer serious injury, and core of judicial inquiry is whether force was applied in good-faith effort to maintain or restore disipline or maliciosly and sadistically to cause harm, U.S.C.A. Const Amend 8,

III (A.) Plaintiff was estopple From in the grievance process, Plaintiff did File a appeal concerning Suicide watch see Back of ex #A Defendant's Just sent it Back with out a response. With respect to grievance dated 4-4-15 Plaintiff did appeal see Back of EX. Eland he recieve a response stating Linen should Be changed once a week see EX, E3IN. ABNEY V. McGinni's 380 F. 3d 663 (2004) A prisoner who has not recieved promised relief is not required under the Prison Litigation Reform act to file a new grievance where doing so may result in a never-ending cycle of exhaustion. Civil Right's of InstituTionalized Persons Act § 7 (a) 42 U.S.C.A, 1997e(a) Defendant's claim That Plaintiff failed to file a grievance on cell cleaning or Black mold But Plaintiff did on 10-18-15 stating 3 weeks without clean uniform's, 8 weeks without linen change and 8 week without cell cleaning see EX. D Plaintiff's

carbon copy reciept of Grievance the Defendant's
Just refused to respond to Grievance they also refused
to respond to Grie Ance dated 4-30-15 see Ex C they
also refused to respond to Grievance date 5/10/16 see EX F

B. Plaintiff did appeal grievanc concerning deputy
Ford on 6/10/15 see back of EX B Defendant Just
returned it with out a response and when Plaintiff
asked a sargent about it he said your lucky you got
it back at all and then said if you keep filling
grievances you will be moved to General Population
also in: Abney V. McGinnis 380 F.3d 663 Defendant's
may be estopped from raising non-exhaustion under
the Prison Litigation Act as an affirmative Defense
when prison officials inhibit an inmates ability to
utilize grievance procedure. Civil Rights of
Institutionalized Person's Act § 7(a) 42 U.S.CA. § 1997e(a)
and sheriff Ric Bradshaw knew what was going on
and refused to respond to Plaintiff complaint's
see EX E and EX H., And In: White V. STaTen 672
Fed. Appx 919 (2016) Discort Court could choose to
credit prisoner's statement's that he submitted
grievance but that it was not processed as it should
have been and prisoner's statement's were supported
by letter's he sent to prison officials after incident
also concerning deputy Ford he has a bad reputation
for beating inmate's see EX I and Plaintiff will
furnish more evidence of this once discovery
is done.

## IN CONCLUSION

No inmate should have to live the way west Palm
beach treats the mentally ill and its not right
for Defendant's to not follow there own
Grievance procedure and its difeatly not right

For sheriff Bradshaw to have unwritten policy's to discriminate against the mentally ill. Plaintiff pray's that this Honorable denies Defendants motion to dismiss and at the very least allow Plaintiff to Amend his complaint.

Submitted by: Charles Jones (Pro-se) 9/ /17

## CERTIFICATE OF SERVICE

This is to certify that this response To motion to Dismiss was put in out going U.S. First class mail On September 20 2017 and addressed to Methe and Rocken Bach P.A. 1555 Palm Beach Lakes Blud. Suite 301 West Palm Beach Fl. 33401

Submitted by Charles Jones Pro-se
Charles Jones 712661
South Florida Reception Center
14000 N.W. 41ST STReeT
Dorol Fl. 33178

(6)

☐ A SHIFT (Midnight Shift)
☑ B SHIFT (Day Shift)
☐ C SHIFT (Evening Shift)

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

DIV/DEPT **A-Shft**
LOG # **M15631902053**

☑ MAIN DETENTION CENTER          ☐ WEST DETENTION CENTER

---

**SHADED AREAS RESERVED FOR ADMINISTRATIVE USE ONLY**

Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed.

Name: **Charles Jones**   Jacket # **0464517**   Housing Unit **5-3-0**   Date: **3-18-15**

Use only the space below to explain in detail your concern/issue.

Nature of Grievance: On 3-8-15 I was put on Suide watch and was made to sleep on a dirty, nasty and sticky Floor with noting But a paper shirt when I was asked for a blanket I was Told had To wait for doctor to say it was all right To have a blanket By 2nd shift Deputy on duty (which later I found out was not true) I believe deputy was name Peppen. I also was made To get naked in Front of female deputy's and female staff more than once This was a very bad experience that did not need To happen It's wrong To Treat someone This way I wonder if females have To strip in Front of male staff

My body still aches from sleeping on floor It's very degrating To be treated worse than you would treat a dog

Soon as I can I will contact ~~Corrc~~ American Correction Association on This matter.

Have you attempted an informal resolution to this problem? ☑ Yes   ☐ No

If yes, with whom and when? I asked To speak To a Sargent when it happened

☑ Inmate received a copy of this grievance   **D/S M Egan**   **16006** Inmate's acknowledgement **C J.**
D/S Signature      I.D. #      I/M Initial

---

Date received: **3/19/15**      Grievance Coordinator: **Sgt Rike #5041**

I find your grievance to be ☐ valid, ☐ partially valid, or ☑ not valid.   Response Date: **20 March 2015**

Response: No rule violation occured. Be on suicide watch require that you be diversted of all item except a paper gown. This precaution is for your safety. Also being on suicial watch does not requr the assistance from gender specific staff

**Sergeant McClain Jr.**      **7625**      [signature] **768**   **20 Mar 15**
Investigation Officer's Name (Print)   I.D. #   Investigation Officer's Signature   Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

PBSO CF #0039 REV. 03/14


EX.(A)

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE



☐ A Shift (Midnight Shift)
☒ B Shift (Day Shift)
☐ C Shift (Evening Shift)

S3D

☒ **MAIN DETENTION CENTER**      ☐ **WEST DETENTION CENTER**

Log number: M15033000738

Name: Charles Jones   Jacket # 04645 17   Housing Unit (S3D)   Date: 3-28-15

Nature of Grievance: I was hit by Deputy Ford A Round noon he came in my room Ask for Accent then took it off top bunk I was laying on Bottom Bunk he then said I know you told sargent about Edward's then open hand hit me across my Right eye then said That's a warning bitch

(You may use reverse side if more space is needed)                    ☐ (More Information on back)

Have you attempted an informal resolution to this problem? ☒Yes   ☐No

If yes, with whom and when? I Told Deputy Johnson

☒ Inmate received a copy of this grievance D/S ___ 7533 Inmate's acknowledgement CJ,
                                    D/S Signature      I.D. #                      I/M Initial

Date received: _____   Grievance Coordinator: _____

I find your grievance to be ☐ valid, ☐ partially valid, or ☒ not valid.   Date: 4/24/15

Response: _____

After reviewing this incident, I find no validity to your claim of being struck by the Deputy

Sgt S. Nadline   4734   [signature]   4/24/15
Investigation Officer's Name (Print)   I.D. #   Investigation Officer's Signature   Date

Nature of Appeal: Why did it take over 40 days to Answer And Return my Grievance on 5-8-15 He did hit me if someone would have checked me out when it happened they would have seen were I was hit I believe this is being covered up & All I want is to be assured it wont happen Again and a apologze for when it did happen

Charles Jones   5/9/15

I find your grievance to be ☐ valid, ☐ partially valid, or ☒ not valid.   Date: 5/31/15

Commanding Officer's Response: After reviewing the video there was no evidence of DS Ford going into your room and assaulting you

Sgt Noll   5695   [signature]   5/31/15
Commanding Officer's Name (Print)   I.D. #   Commanding Officer's Signature   Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

EX(B)

PBSO CF #0039 REV. 08/13

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

☐ A SHIFT (Midnight Shift)
☐ B SHIFT (Day Shift)
☐ C SHIFT (Evening Shift)

DIV/DEPT

LOG #

☒ **MAIN DETENTION CENTER**          ☒ **WEST DETENTION CENTER**

---

**SHADED AREAS RESERVED FOR ADMINISTRATIVE USE ONLY**
Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed.

---

Name: Charles Jones          Jacket # 0464517          Housing Unit S 3 D          Date: 4-30-15

Use only the space below to explain in detail your concern/issue.

Nature of Grievance: I put in 2 Sick Call Request to Mental Health in Last 2 week's still have not came and seen me.

Very Depressed hearing Voices a Lot and lots of Anxiety, Chess pain which the nurse said is from Anxiety

Docters havent gave me none of my perscribed phsc med's parscribed by my phycratrist

Have you attempted an informal resolution to this problem?   ☒ Yes   ☐ No

If yes, with whom and when? Talk to Nurse and Mental Health

☒ Inmate received a copy of this grievance _____          _____ Inmate's acknowledgement C J
                                                    D/S Signature          I.D. #                              I/M Initial

Date received: _____          Grievance Coordinator: _____

I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.   Response Date: _____

Response: _____

Investigation Officer's Name (Print)          I.D. #          Investigation Officer's Signature          Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

PBSO CF #0039 REV. 03/14



# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

☐ A SHIFT (Midnight Shift)
☐ B SHIFT (Day Shift)
☐ C SHIFT (Evening Shift)

DIV/DEPT

LOG #

☐ **MAIN DETENTION CENTER**          ☐ **WEST DETENTION CENTER**

**SHADED AREAS RESERVED FOR ADMINISTRATIVE USE ONLY**
Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed.

Name: Charles Jones   Jacket # 0464517   Housing Unit 5 3 D   Date: 10-18-15

Use only the space below to explain in detail your concern/issue.
Nature of Grievance:

I put in a Grievance about Linen change + uniform change they responded for me to speak to, super visor I turnd a request in to speak to super', soi' A sargent smith came and talked to me. He said there was nothing he could do about these issues we havent changed uniform's @ going on 3 weeks now havent had linen change in over 2 weeks' and have not been allowed to clean, are room's for over 1 weeks somebody need to do something about this problem even or shower's are filthy the have Black mold on the walls

Have you attempted an informal resolution to this problem? ☒ Yes   ☐ No

If yes, with whom and when? Talk To deputy on duty

☐ Inmate received a copy of this grievance _____   Inmate's acknowledgement C J
_____ D/S Signature _____ I.D. # _____ I/M Initial

Date received: _____   Grievance Coordinator: _____
I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.   Response Date: _____
Response: _____

Investigation Officer's Name (Print)   I.D. #   Investigation Officer's Signature   Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

PBSO CF #0039 REV. 03/14

☐ A SHIFT (Midnight Shift)
☐ B SHIFT (Day Shift)
☒ C SHIFT (Evening Shift)

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

DIV/DEPT *C-Shift*

LOG # *MISD0060078*



☒ **MAIN DETENTION CENTER**          ☐ **WEST DETENTION CENTER**

| SHADED AREAS RESERVED FOR ADMINISTRATIVE USE **ONLY** |
|---|
| Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed. |

Name: *Charles Jones*      Jacket # *0464517*      Housing Unit *5 3 D*      Date: *4-4-15*

Use <u>only</u> the space below to explain in detail your concern/issue.

Nature of Grievance: *Haven't had a Linen change in 3 ½ weeks Had To use same Towel all This Time*

Have you attempted an informal resolution to this problem?      ☒ Yes      ☐ No

If yes, with whom and when? *Different Deputy's every couple days*

☒ Inmate received a copy of this grievance _____ *858* Inmate's acknowledgement *C.J.*
                                         D/S Signature        I.D. #                         I/M Initial

Date received: *4/6/15*          Grievance Coordinator: *Sgt Rokr #5001*

I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.   Response Date: *4-8-15*

Response: *You need to be aware of the times when linen is exchanged. Your deputy will let you know.*

_____  *7380*   _____  *7380*  *4-8-15*
Investigation Officer's Name (Print)    I.D. #    Investigation Officer's Signature    Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

BSO CF #0039 REV. 03/14

*EX. (E) 1*

# Inmate Grievance Procedure

Log # M15040600781

I find your grievance to be ***partially valid.*** Response Date: 04/ 30 /2015.

Response: Inmate Jones Charles, I have read your grievance and I apologize for any inconvenience we might have caused you. Your linen should be exchanged at least once per week.

If you have any problems in the future, please let us know.

| __Lt. C. Wildgoose__ | __4005__ | | __04 / 30 / 2015__ |
|---|---|---|---|
| Investigation Officer's Name | I.D. # | Investigation Officer's Signature | Date |

☐ A SHIFT (Midnight Shift)
☐ B SHIFT (Day Shift)
☐ C SHIFT (Evening Shift)

# PALM BEACH COUNTY SHERIFF'S OFFICE
# DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE PROCEDURE

DIV/DEPT
LOG #

☐ **MAIN DETENTION CENTER**          ☐ **WEST DETENTION CENTER**

---

**SHADED AREAS RESERVED FOR ADMINISTRATIVE USE ONLY**
Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed.

---

Name: _Charles Jones_   Jacket #_0964517_   Housing Unit _S 8 B_   Date: _5-10-16_

Use only the space below to explain in detail your concern/issue.
Nature of Grievance: I have very sharp pain in my odomon
deputy called nurse I nurse refuces to see me
I ask deputy To speak To sarcent about
refuced my request I have a very bad umbilich
Hernia wetch feels like its going To explode

Have you attempted an informal resolution to this problem?   ☑ Yes          ☐ No

If yes, with whom and when?   _Deputy on duty_

☐ Inmate received a copy of this grievance   _more sm  6892_   | Inmate's acknowledgement  _J_
                                              D/S Signature                    I.D. #                                    I/M Initial

---

Date received: _____          Grievance Coordinator: _____

I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.   Response Date: _____

Response:

---

Investigation Officer's Name (Print)         I.D. #         Investigation Officer's Signature         Date

EX (F)

To Sheriff Rick Bradshaw
my name is Charles Jones I have been housed in south-3rd
I have been made to sleep on a cold floor And fifth Floor
Nacked. I have been hit by deputy Ford, I also have
been made to wear same uniform for up to 3 week's
and no linen change for 5 week's I put Grievance
in on these issues that either have no response or a
response past the time allowed by the Grievance
procedure I also have appealed Grievance's that
just Get reTurned to me a week or so Later
please respond to this letter for my Civil
Rights as been violated and unable To properly
grievance issue     Submitted by Charles Jones  11-2-15

CERTIFICATE OF SERVICE

This is To certify that This letter was
Given To deputy on duty to place in out
going mail on 11-2-15 and mailed To
Sheriff Bradshaw at 3228 Gun club
Road west Palm Beach Fl. 33406
            Submitted by Charles Jones  11-2-15
                    Charles Jones
                    046457
                    P.O. Box 24716
                    West Palm Beach Fl 33416


EX(G)



Charles Jones
D4635
P.O. Box 24711
West Palm Beach
Fl. 33416

Sheriff Ric Bradshaw
West Palm Beach Sheriff Department
3228 Gun Club Road
West Palm Beach Fl. 33406

EX(H)

While I, Christopher Franquiz, was incarcerated at the Palm Beach County Jail Main Detention Center on Gun Club Rd. I witnessed an altercation between an inmate whose name I can not recall at this time and a deputy by the name of Ford. Ford was conducting his routine dorm checks and the inmates' bunk was not made. Deputy Ford instructed the inmate to go make his bunk and the inmate got upset with him and started mouthing off. At one point the inmate called Deputy Ford a "pussy ass mother fucker". This resulted in Ford taking the inmate from the dorm in handcuffs into the entry vestubile located on the sixth floor of the east tower. After he took the inmate out of the dorm I observed deputy Ford through the window in the door to the vestubile beat up the inmate and you could hear the inmate yelling and screaming telling him to stop and that he had no right to hit him, To my understanding this is not standard procedure although situations like this often occur.

### Certificate of Truth

I, Christopher Franquiz, hereby certify that the above statement is true.

2/24/17                    305-968-7329

EX (I)

# Change of Address

This is to notify the court's and the Defendants that Plaintiff new address is Charles Jones 712661 South Florida Reception Center 14000 N.W. 41st Street Doral Fl. 33178

Submitted by: Charles Jones Pro-se 9/20/17

## CERTIFICATE OF SERVICE

This is to certify that this change of address was put in out going U.S. First class mail on September 20 2017 and addressed to Methe and Rocker Bach P.A. 1555 Palm Beach Lakes Blvd Suite 301 West Palm Beach Fl. 33401

Submitted by: Charles Jones Pro-se
Charles Jones 712661
South Florida Reception Center
14000 N.W. 41st Street
Doral Fl. 33178

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Charles W. Jones,                    case no. 17-80266-CIV-DIMITROULES
    Plaintiff,
    V.S.,                            Judge: P.A. WHITE
RIC Bradshaw, et.al,
    Defendant's

PLAINTIFF's RESPONSE TO MOTION TO DISMISS

I. Defendant's claim that Plaintiff fails to allege a
   substantial risk of serious harm but Plaintiff
   stated he was hit in his right eye and was refused
   medical attention. Plaintiff also had several
   severe rashes and Boils on his skin while he was
   forced to live in the filthy condition's in south 3-d he
   also had several severe cold's while their. Which he
   had no rashes, boils or sever cold's once he was in
   General Population and under "Section 1915(e)(2)(B)(ii)
   a prose plaintiff should be permitted to amend his
   Complaint "Section 1915(e)(2)(B)(ii)" does not allow the
   District court to dismiss a informa pauper's complaint
   with out allowing leave to amend when required by
   Fed. R. CIV. P. 15.
   So Plaintiff should be allowed to amend his complaint
   and state all the health problem he had and other's
   while in south 3-d as a result of the filthy condition's
   and the mold present while in south 3-d. Along with
   stating how he was denied toilet paper, soap to
   wash his hand's and was forced to eat with
   his filthy hand's while on suicide watch.

   This court allready stated that the living condition's
   in south 3-d "shock the consience or offend
   the evolving notion's of decency" and that
   Plaintiff has stated a claim of requisite
   unconstitutional custom or policy necessary

(1)

To hold West Palm Beach County liable under § 1983.
see Harris 489 U.S. at 385.
Plaintiff should also be able to amend his complaint
to state how he was estopped in the grievance process
by defendant's refusal to respond to appeals
see back of Exhibit A and B, and there refusal's
to respond to grievances at all see Ex's C and D.
and to state how he was threaten to stop filling
grievance's and was told if he continue to do
so he would be put in General Population which
he was eventully put in General Population even
one he was still very depressed and hearing
voices." Defendant's may also be estopped from
raising non-exhaustion as an affirmative defense
when prison official's inhibit an inmates ability to
utilize grievance procedure Ziemba V. Wezner
366 F.3d 161, Civil Rights of Institionalized Persons
Act § 7(a) 42 U.S.C.A § 1997 et(a).
The defendant's claim that Plaintiff's condition
of confinement is similar to condition that have
been rejected as a basis for an Eighth Amendment
claim on the basis of Woodson V. Whitehead
673 Fed App's 931 But conditions where different
they were not in extreme cold conditions or
were they forced to strip naked in front of the other
sex., see Lee V. Down's 641 F.2d 1117". When not
reasonably necessary involuntary exposure of person's
gental's in presence of people of the other sex is
not to be visited opon those confined in prison.
also in Down's male prisoner's are also entitled
to judicial protection of their right to privacy denied
by the presence of female guard's stationed in
position's to observe the men while undressed or using
toilet's and in McCray V. Burrell 516 F.2d 357 (1975)
When state prisoner was placed in a mental obervation
cell, in the prison naked with out blanket or mattress
and with nowhere to sit, lie, or lean against bare

(2)

concrete and was denied all personal hygine the
condition's of confinement constituted a per-se
violation of the Eighth Amendment proscreption against
Cruel and unusual punishment.
In Wright V. McMann 387 F.2d 519 (1967)
Prisoner was exposed to bitter cold, That he was
deprived of basic element's of hygine such as
soap and toilet paper and the cell was filthy
without adequate heat would if established,
constitute cruel and unusual punishment in violation
of Eighth Amendment.
In Chandler V. Baird 926 F.2d 1057 (1991) Evidence
in county inmate's suit against prison authorty's alleging
conditions of confinement violated Eighth Amendment
proscription of cruel and unusual punishment raised
genuine issue's of material fact wheater conditions
of confinement principally with regard to cell
tempatures and provision of hygine item's,
violated minimal standards required, precluding
summary judgment. U.S.C.A. Consti. Amend. 8.
And Defendant's do not dispute none of the
above see Ex A.
Also the Defendant's Discriminated against
the mentally ill by not allowing them to recieve
clean cloths, clean lines, to clean there rooms and
making them live in filth Plaintiff seen
several in-mates get staff infection and even
have sore's on them caused by the filthy
condition's in south 3d and he should be able
to amend his complaint to state these fact's
witch the Defendant don't deny they this say it
routine discomfort. Is it not against the
constitution to Discrimanate against the
mentally ill.
The Defendant's compare Plaintiff complaint
to Brook's V. Warden 800 F.3d 1295 But Brook
only had to be in his soiled jump suit for

72 hour's, Plaintiff had to live in Filth for over 350 Day's

II Has mentioned above plaintiff should be allowed to Amend his complaint to state the injury he had (ie) Rashes, Boils on his skin and Severe cold's while in south 3d along with other inmates who got staff infections. Plaintiff did state that he was hit in his eye and denied medical attention. And in (Hudson v. McMillian 503 U.S. 1 (1992) The Supreme Court held that use of excessive force against prisoner may constitute cruel and unusual punishment even owe prisoner does not suffer serious injury, and core of judicial inquiry is whether force was applied in good-faith effort to maintain or restore discipline or maliciosly and sadistically to cause harm. U.S.C.A. Const Amend 8

III (A) Plaintiff was estopple from in the grievance process, Plaintiff did File a appeal concerning Suicide watch see Back of ex #A Defendant's Just sent it Back with out a response. With respect to grievance dated 4-4-15 Plaintiff did appeal see Back of EX. E1 and he recieve a response stating Linen should be changed once a week see EX. E3 IN. ABNEY v. McGinni's 380 F.3d 663 (2004) A prisoner who has not recieved promised relief is not required under the Prison Litigation Reform act to file a new grievance where doing so may result in a never-ending cycle of exhaustion. Civil Rights of Institutionalized Persons Act § 7(a) 42 U.S.C.A. 1997e(a) Defendants claim that Plaintiff failed to file a grievance on cell cleaning or Black mold But Plaintiff did on 10-18-15 stating 3 weeks without clean uniform's, 8 weeks without linen change and 8 week with out cell cleaning see EX. D Plaintiff's

(4)

carbon copy reciept of Grievance the Defendant's just refused to respond to Grievance they also refused to respond to Grievance dated 4-30-15 see Ex C they also refused to respond to Grievance date 5/10/16 see Ex F

B. Plaintiff did appeal grievanc concerning deputy Ford on 6/10/15 see back of Ex B Defendant just returned it with out a response and when **Plaintiff** asked a sargent about it he said your lucky you got it back at all and then said if you keep filling grievances you will be moved to General Population also in: Abney V. McGinnis 380 F.3d 663 Defendant's may be estopped from raising non-Exhaustion under the Prison Litigation Act as an affirmative Defense when prison officials inhibit an in mates ability to utilize grievance procedure. Civil Rights of Institutionalized Person's Act § 7(a) 42 U.S.C.A. § 1997 e @) and sheriff Ric Bradshaw knew what was going on and refused to respond to Plaintiff complaint's see Ex E and Ex H., And In: White V. Staten 672 Fed. Appx 919 (2016) Discart Court could choose to credit prisoner's statement's that he submitted grievance but that it was not processed as it should have been and prisoner's statement's were supported by letter's he sent to prison officials after incident also concerning deputy Ford he has a bad reputation for beating inmate's see Ex I and Plaintiff will furnish more evidence of this once discovery is done.

## IN CONCLUSION

No inmate should have to live the way west Palm beach treats the mentally ill and it's not right for Defendants to not follow there own Grievance procedure and its difently not right

For Sheriff Bradshaw to have unwritten policy's
to discriminate against the mentally ill.
Plaintiff prays that this Honorable denies Defendants
motion to dismiss and at the very least allow
Plaintiff to Amend his complaint.

Submitted by: Charles Jones (Pro-se) 9/20/17

## CERTIFICATE OF SERVICE

This is to certify that this response To motion to
Dismiss was put in out going U.S. First class mail
On September 20.2017 and addressed to Metthe
and Rocken Bach P.A. 1555 Palm Beach Lakes Blvd.
Suite 301 West Palm Beach Fl. 33401

Submitted by Charles Jones Pro-se
            Charles Jones 712661
            South Florida Reception center
            14000 N.W. 41st Street
            Dorol Fl. 33178

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

☐A SHIFT (Midnight Shift)
☐B SHIFT (Day Shift)
☐C SHIFT (Evening Shift)

DIV/DEPT *A-Shift*

LOG # *M15631909253*

☒ **MAIN DETENTION CENTER**        ☐ **WEST DETENTION CENTER**

---

**SHADED AREAS RESERVED FOR ADMINISTRATIVE USE ONLY**

Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed.

---

Name: *Charles Jones*  Jacket # *0464517*  Housing Unit *3-3-0*  Date: *3-18-15*

Use only the space below to explain in detail your concern/issue.

Nature of Grievance: *On 3-8-15 I was put on suide watch and was made to sleep on a dirty, nasty and sticky floor with noting But a paper shirt When I was asked for a blanket I was Told had to wait for doctor to say it was all right To have a blanket By 2nd shift deputy on duty (which later I found out was not true) I believe deputy was name peppen. I also was made to get naked in front of female deputy's and female staff more than once This was a very bad experience that did not need to happen It's wrong To treat someone This way I wonder if females have to strip in front of male staff*

*My body still aches from sleeping on floor it's very degrating to be treated worse than you would treat a dog*

*Soon as I can I will contact ~~tape~~ American Correction l Association on This matter.*

Have you attempted an informal resolution to this problem?  ☒ Yes    ☐ No

If yes, with whom and when? *I asked To speak To a Sargent when it happend*

☒ Inmate received a copy of this grievance  *D/S M Egan*  *16086* Inmate's acknowledgement *C Jo*

| D/S Signature | I.D. # | I/M Initial |

---

Date received: *3/19/15*  Grievance Coordinator: *Sgt Riker #5045*

I find your grievance to be ☐ valid, ☐ partially valid, or ☒ not valid.  Response Date: *20 March 2015*

Response: *No rule violation occured. Be on suicide watch require that you be diverted of all items except a paper gown This precaution is for your safety. Also being on suicid watch does not require the assistance from gender specific staff*

*Sergeant McClain, Sl*  *7625*  ☒  *766*  *20 Mar 15*
Investigation Officer's Name (Print)  I.D. #   Investigation Officer's Signature   Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

PBSO CF #0039 REV. 03/14

 EX.(A)

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

☐ A Shift (Midnight Shift)
☒ B Shift (Day Shift)
☐ C Shift (Evening Shift)



S3D

☒ **MAIN DETENTION CENTER**     ☐ **WEST DETENTION CENTER**



Log number: MI5033 00738

Name: *Charles Jones*     Jacket # *0864517*     Housing Unit *S3D*     Date: *3-28-15*

Nature of Grievance: *I was hit by Deputy Ford A Round noon he came in my room Ask for Accent then took it off top bunk I was laying on Bottom Bunk he then said I knew you told sargent about Edward's then open hand hit me across my Right eye then said That's a warning bitch*

(You may use reverse side if more space is needed)          ☐ (More Information on back)

Have you attempted an informal resolution to this problem?   ☒ Yes   ☐ No

If yes, with whom and when? *I Told Deputy Johnson*

☒ Inmate received a copy of this grievance *DIS J*     *2533*   Inmate's acknowledgement *CJ*
                                    I/S Signature          I.D. #                    I/M Initial

Date received: _____     Grievance Coordinator: _____

I find your grievance to be ☐ valid, ☐ partially valid, or ☒ not valid.     Date: *4/24/15*

Response: _____

*After reviewing this incident, I find No validity to your Claim of being struck by the Deputy*

*S/R Nordline*          *4734*        *[signature]*        *4/24/15*
Investigation Officer's Name (Print)   I.D. #   Investigation Officer's Signature

Nature of Appeal: *Why did it take over 40 days to Answer And Return my Grievance on 5-8-15 He did hit me if someone would have Checked me out when it happened They would have seen were I was hit I believe this is being covered up ☒ All I want is to be assured it won't happen Again and a apologee for when it did happen*

*Charles Jones     5/9/15*

I find your grievance to be ☐ valid, ☐ partially valid, or ☒ not valid.     Date: *5/31/15*

Commanding Officer's Response: *After reviewing the video there was no evidence of D S Ford going into your room and assaulting you*

*SGT Noll*          *5695*        *[signature]*        *5/31/15*
Commanding Officer's Name (Print)   I.D. #   Commanding Officer's Signature   Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate



PBSO CF #0039 REV. 08/13

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

☐ A SHIFT (Midnight Shift)
☐ B SHIFT (Day Shift)
☐ C SHIFT (Evening Shift)

DIV/DEPT

LOG #

☐ **MAIN DETENTION CENTER**      ☐ **WEST DETENTION CENTER**

---

**SHADED AREAS RESERVED FOR ADMINISTRATIVE USE ONLY**

Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed.

---

Name: Charles Jones      Jacket # 0464517      Housing Unit 5 3 D      Date: 4-30-18

Use **only** the space below to explain in detail your concern/issue.

Nature of Grievance: I put in 2 sick call Request to Mental Health in Lest 2 weeks still have not come and seen me.

Very Depresed is Hearing Voices a lot and lots of Anxiety, Chest pain which the nurse said is from Anxiety

Doctors havent gave me none of my perscribed phse med's perscribed by my phycratrist

Have you attempted an informal resolution to this problem? ☒ Yes   ☐ No

If yes, with whom and when? Talk to Nurse and Mental Health

☒ Inmate received a copy of this grievance _____   D/S Signature   I.D. #   Inmate's acknowledgement C J   I/M Initial

---

Date received: _____   Grievance Coordinator: _____

I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.   Response Date: _____

Response:

---

Investigation Officer's Name (Print)      I.D. #      Investigation Officer's Signature      Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

PBSO CF #0039 REV. 03/14

 EX(C)



☐A SHIFT (Midnight Shift)
☐B SHIFT (Day Shift)
☐C SHIFT (Evening Shift)

# PALM BEACH COUNTY SHERIFF'S OFFICE
# DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE PROCEDURE

DIV/DEPT

LOG #

☐MAIN DETENTION CENTER ☐WEST DETENTION CENTER

**SHADED AREAS RESERVED FOR ADMINISTRATIVE USE ONLY**

Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed.

Name: Charles Jones Jacket # 0464517 Housing Unit 5 3 D Date: 10-18-15

Use only the space below to explain in detail your concern/issue.

Nature of Grievance:

I put in a Grievance about Linen Change and uniform Change they respond For me to speak To a super visor I Turned a request in to speak to supervisor A Sargent smith Came and Talked to me, He Said There was nothing he could do about these issues We havent Change uniform's going on 3 week's Now havent had Linen Change in over 3 week's and have not been allowed to Clean are room's for over 7 week's some body need To do something about This Problem even Or Shower's are filthy the have Black mold on The wall's

Have you attempted an informal resolution to this problem? ☒Yes ☐No

If yes, with whom and when? Talk To deputy on duty

☐Inmate received a copy of this grievance ________ D/S Signature ________ I.D. # Inmate's acknowledgement C J I/M Initial

Date received: ________ Grievance Coordinator: ________

I find your grievance to be ☐ valid, ☐partially valid, or ☐not valid. Response Date: ________

Response:

Investigation Officer's Name (Print) I.D. # Investigation Officer's Signature Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

PBSO CF #0039 REV. 03/14

P [illegible]) EX(D)

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

DIV/DEPT *C-Shift*

LOG # *MISD 60600781* 

- [ ] A-SHIFT (Midnight Shift)
- [ ] B-SHIFT (Day Shift)
- [x] C-SHIFT (Evening Shift)

[x] **MAIN DETENTION CENTER**  [ ] **WEST DETENTION CENTER**

---

**SHADED AREAS RESERVED FOR ADMINISTRATIVE USE ONLY**

Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed.

---

Name: *Charles Jones*   Jacket # *0464517*   Housing Unit *53 D*   Date: *4-4-15*

Use <u>only</u> the space below to explain in detail your concern/issue.

Nature of Grievance: *It hasn't had a Linen change in 3 1/2 weeks. Had to use same Towel all this Time*

---

Have you attempted an informal resolution to this problem?   [x] Yes   [ ] No

If yes, with whom and when? *Different Deputy's every couple day's*

[x] Inmate received a copy of this grievance _____   D/S Signature   *858* I.D. #   Inmate's acknowledgement *C.J.* I/M Initial

---

Date received: *4/6/15*   Grievance Coordinator: *Sgt Raker #5011*

I find your grievance to be [ ] valid, [ ] partially valid, or [ ] not valid.   Response Date: *4-8-15*

Response: *You need to be aware of the times when linen is exchanged. Your Deputy will let you know*

*Sgt T Hison*   Investigation Officer's Name (Print)   *7380* I.D. #   Investigation Officer's Signature *7380*   Date *4-9-15*

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

PBSO CF #0039 REV. 03/14

*EXC (E) 1*

# Inmate Grievance Procedure

Log # M15040600781

I find your grievance to be **_partially valid._**  Response Date: 04/ 30 /2015.

Response: Inmate Jones Charles, I have read your grievance and I apologize for any inconvenience we might have caused you. Your linen should be exchanged at least once per week.

If you have any problems in the future, please let us know.

| __Lt. C. Wildgoose__ | __4005__ | _Lt. C Wlf_ | __04 / 30 / 2015__ |
|---|---|---|---|
| Investigation Officer's Name | I.D. # | Investigation Officer's Signature | Date |

☐ A SHIFT (Midnight Shift)
☐ B SHIFT (Day Shift)
☐ C SHIFT (Evening Shift)

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

DIV/DEPT.
LOG #

☐ MAIN DETENTION CENTER        ☐ WEST DETENTION CENTER

**SHADED AREAS RESERVED FOR ADMINISTRATIVE USE ONLY**
Writing outside of the space provided to you may be cause for the grievance to be returned unprocessed.

Name: _Charles Jones_  Jacket #_0464517_  Housing Unit _S 8 B_  Date: _5-10-16_

Use **only** the space below to explain in detail your concern/issue.
Nature of Grievance: I have very sharp pain in my abdomen deputy called nurse I was Refuses to see me I ask deputy to speak to sergent about refused my request I have a copy and umbilical hernia will attend this its going to explode

Have you attempted an informal resolution to this problem?   ☐ Yes    ☐ No

If yes, with whom and when?  _Deputy on duty_

☐ Inmate received a copy of this grievance  _Moss Sra  6532_  Inmate's acknowledgement _J_
                        D/S Signature            I.D. #                    I/M Initial

Date received: _____  Grievance Coordinator: _____
I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.  Response Date:
Response:

Investigation Officer's Name (Print)     I.D. #     Investigation Officer's Signature     Date

Distribution:
Original (White) Grievance Coordinator
Copy (Yellow) Inmate

PBSO CF #0039 REV. 03/14

EX (F)

To Sheriff Rick Bradshaw
my name is Charles Jones I have been housed in south 3-d
And Fifth Floor I have been made to sleep on a cold cell
Nacked. I have been hit by deputy Ford, I also have
been made to wear same uniform for up to 3 week's
and no linen change for 5 week's I put Grievance
in on these issues that either have no response or a
response past the time allowed by the Grievance
procedure I also have appealed Grievance's that
just get returned to me a week or so later
please respond to this letter for my Civil
Rights as been violated and unable to properly
grieve and issue    Submitted by Charles Jones 11-2-15

# CERTIFICATE OF SERVICE

This is to certify that This letter was
given to deputy on duty to place in out
going mail on 11-2-15 and mailed to
Sheriff Bradshaw at 3228 Gun club
Road west Palm Beach Fl. 33406
            Submitted by Charles Jones  11-2-15
                    Charles Jones
                    046457
                    P.O. Box 24716
                    West Palm Beach Fl 33416

EX(G)

Sherif Cul Ric Bradshaw
West Palm Beach Sherif Department
3228 Gun Club Road
West Palm Beach, Fl. 33406

FOREVER
USA

Barn Swallow

Charles Jones
O96C5177
P.O. Box 24716
West Palm Beach
Fl. 33416

EX (H)

While I, Christopher Franquiz, was incarcerated at the Palm Beach County Jail Main Detention Center on Gun Club Rd. I witnessed an altercation between an inmate whose name I can not recall at this time and a deputy by the name of Ford. Ford was conducting his routine dorm checks and the inmates' bunk was not made. Deputy Ford instructed the inmate to go make his bunk and the inmate got upset with him and started mouthing off. At one point the inmate called Deputy Ford a "pussy ass mother fucker". This resulted in Ford taking the inmate from the dorm in handcuffs into the entry vestibule located on the sixth floor of the east tower. After he took the inmate out of the dorm I observed deputy Ford through the window in the door to the vestibule beat up the inmate and you could hear the inmate yelling and screaming telling him to stop and that he had no right to hit him. To my understanding this is not standard procedure although situations like this often occur.

Certificate of Truth

I, Christopher Franquiz, hereby certify that the above statement is true.

2/24/17            305-968-7329

EX(I)



Hasler
09/19/2017

MAILED FROM
STATE CORRECTIONAL
UNITED STATES POSTAGE
$000.460
PITNEY BOWES
02 1P
0000701107 AUG 03 2017
MAILED FROM ZIP CODE 33129

UNITED STATES POSTAGE
$000.460
PITNEY BOWES
02 1P
0000701107 AUG 03 2017
MAILED FROM ZIP CODE 33129

02 1P
0000701107
MAILED FROM

Charles James Trad
South Florida Reception Center
14000 N.W. 41st St./A
Doral Fl. 33178

Clerk of Court
U.S. Court House
701 Clematis St. Room 202
West Palm Beach Fl. 33401

Legal Mail