UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Charles Jones,
    Plaintiff,
V.,
Ric Bradshaw et al,
    Defendant's.

Case no: 80266-CIV-DIMITROULEAS

Magistrate Judge: WHITE

FILED by ___ D.C.
JUL 26 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - W.P.B.

# AMENDED COMPLAINT

(1) On 3-8-15 I was booked into West Palm Beach County Jail. I was put on suicide watch right away for 3 day's. I was made to sleep with nothing on but a thin paper gown on a very cold floor (It was so cold that the deputy's wore their coat's), it was very nasty and dirty floor the concrete was like ice, and the floor was covered with dirt and pubic hair. When I asked for a broom and a mop to clean floor, I was told no, and was told just to lay in the filth.
I was also made to stand naked more than once for no reason at all in front of female deputy's. (I believe this was done for a laugh for the deputy's I know it was very degrading to me).

(2) After 3 day's in suicide whatch I was sent to South 3D (A mental Health dorm) On 3-28-15 around noon he asked me for the accent part of the newspaper he then he took it off top bunk. I was laying on bottom bunk, He said I know

(1)

you told Sargeant about Edward's (A inmate that my self and two other inmate's watch deputy ford attack for no reason) then he open handily hit me in my right eye, then he said that's a warning bitch. He then locked me down all day. When the next shift came in at 4:00 P.M., I told deputy what happen he said file a grievance. Then I ask to go to medical for my eye was swollen and he refused to let me go to medical even to have my injury recorded. I filed a Grievance it took 40 day's to get a response which I only got back a response after sending a request to the commanding officer asking why my Grievance has not been answered. I believe they where trying to cover up what ford did to me (like they did when ford attacked Edwards) Deputy Ford is also the only deputy that lock's you down all day for not going to recreation.,

(3) After suicide watch I was sent to south 3-D (A Mental Health Dorm) I was in south 3-D from 3-12-15 to approximatly 2-20-16 The whole time I was in south 3-D was a living nightmare, We were made to wear the same uniform for 2 week's we would only get a uniform change once every 2 week's insted of twice a week that we were suppose to get this went like that the whole time I was in south 3.D.

(2)

and we would get linen change once every two or three week imagine using same wash cloth and towel for 3 weeks I put grievances in and was told once I had to talk to shift commander, He told me he could do nothing about it. I also wrote Sheriff Ric Bradshaw about what was going on in South 3-D "See EX A" he never responded

(4) I went to general population around 2-21-16 it was totally different we got clean uniform's twice a week and clean linen once a week It was not right for people to treat the mentally ill the way I was treated in South 3-D. and I truely believe that Sheriff Ric Bradshaw knew what was going especially after letter I sent him (See EX A") I believe it is a un written policy to treat inmate's in Metal Health dorm's the way I was treated. I was made to live in sub-standard condition's in South 3d and it's discrinating the mentally ill to treat them like that

(5) I want to file coplaint against Deputy Ford in his personal and official capacity And against Sheriff Ric Bradshaw in his personal and official capacity for setting policy's written and un-written that causes the mentally ill to have to live in sub-standard condition

(3)

(6) I want to sue Shiff Ric Bradshaw in his personal and profesional mater and west palm beach sheriff department for $1,000,000.00 and deputy Ford in his personal and profesional mater for $500,000.00 and any punitive damage's the jury mite give Plaintiff. I also want attorney fee's at a rate of $85.00 dollars a hour.

Submitted by Charles Jones

## CERTIFICATE OF SERVICE

This is to certify that this complaint was mailed by legal mail on 7-18-18 to Methe & RockerBach at 1555 Palm Beachs Lake's Blvd. Suite 1200 West Palm Beach, Fl. 33401

Submitted by Charles Jones "Pro-se"
Charles Jones 7/2661
Everglades Correctional Institution
1599 S.W. 187Th Ave
Miami, Fl. 33194

(4)

Charles Jones 712 Gal
Virginia Correctional Institute
...



Clerk of Court
U.S. Court House
701 Clematis Street, Room 202
West Palm Beach, FL 33401

